# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

|   |   |
|---|---|
| BOARD OF TRUSTEES OF THE AIR CONDITIONING AND REFRIGERATION INDUSTRY HEALTH AND WELFARE TRUST FUND, *ET AL.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> A.R. AIR CONDITIONG, INC., *ET AL.*, <br><br> **Defendants.** | Case No.: SACV 17-01223-CJC(JCGx) <br><br> DEFAULT JUDGMENT |

This matter came before the Court on Plaintiffs' motion for default judgment against Defendants A.R. Air Conditioning, Inc., Linda Scroggins, Gregory Allen Scroggins, and Mark Wayne Scroggins. (Dkts. 25, 28.) On January 31, 2018, the Court, being fully advised, issued an Order granting Plaintiffs' application and finding that

Plaintiffs are entitled to default judgment in their favor. In accordance with the Court's Order, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment is hereby entered in favor of Plaintiffs Board of Trustees of the Air Conditioning and Refrigeration Industry Health and Welfare Trust Fund, Board of Trustees of the Air Conditioning and Refrigeration Industry Retirement Trust Fund, and the Board of Trustees of the Air Conditioning and Refrigeration Industry Defined Contribution Retirement Plan against Defendants A.R. Air Conditioning, Inc., Linda Scroggins, Gregory Allen Scroggins, and Mark Wayne Scroggins. Defendants are ORDERED to pay the corresponding benefit plan contributions, liquidated damages, interest, attorneys' fees, and costs in the amount of $10,856.81 and post-judgment interest to the extent permitted by 28 U.S.C. § 1961.

DATED: February 1, 2018

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE